SUA SPONTE ORDER

|  | SUPERIOR COURT OF NEW JERSEY |
|  | APPELLATE DIVISION |
| STATE OF NEW JERSEY | DOCKET NO. A-004792-16T1 |
| V. | BEFORE |
| SAQIRAH DAVIS | JUDGE(S): JOSE L. FUENTES |
|  | ALLISON E. ACCURSO |
|  | SCOTT J. MOYNIHAN |

## ORDER RECALLING OPINION

This matter being opened to the Court on its own motion, and it appearing that the parties notified the court on November 9, 2018, that a Stipulation of Dismissal had been entered between them dismissing the appeal with prejudice and without costs pursuant to R. 2:8-2, and that the stipulation was filed on November 9, 2018, and that subsequently and inadvertently the appeal moved forward to opinion;

It is on this 18th day of January, 2019, HEREBY ORDERED that the opinion filed January 18, 2019 in the above-captioned appeal is recalled and that the appeal is dismissed pursuant to the parties' stipulation.

FOR THE COURT:

_____

JOSE L. FUENTES, P.J.A.D.

(Electronically Submitted)